UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                  )<br>             Plaintiff,                      )<br>                                                  )<br>      v.                                       )      2:12-cr-098-MMD (RJJ)<br>                                                  )<br>LUIS FELIPE URIAS-CARDENAS,  )<br>                                                  )<br>             Defendant.                 ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on June 12, 2012, defendant LUIS FELIPE URIAS-CARDENAS pled guilty to Count One of a One-Count Indictment charging him with being an Illegal Alien in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(5)(A). Criminal Indictment, ECF No. 1; Minutes of Change of Plea, ECF No. 19; Plea Memorandum, ECF No. 20.

This Court finds defendant LUIS FELIPE URIAS-CARDENAS agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Minutes of Change of Plea, ECF No. 19; Plea Memorandum, ECF No. 20.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), that the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant LUIS FELIPE URIAS-CARDENAS pled guilty.

...

1     The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
2 924(d)(1) and Title 28, United States Code, Section 2461(c), including:

3         a.    a Century Firearms International .308 caliber rifle bearing serial number
4                 G28048;

5         b.    a Romarm 7.62 X 39 mm rifle bearing serial number SAH074581;

6         c.    an Izhmash 7.62 X 39 mm rifle bearing serial number H09104071; and

7         d.    any and all ammunition ("property").

8     This Court finds the United States of America is now entitled to, and should, reduce the
9 aforementioned property to the possession of the United States of America.

10     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
11 United States of America should seize the aforementioned property.

12     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
13 LUIS FELIPE URIAS-CARDENAS in the aforementioned property is forfeited and is vested in
14 the United States of America and shall be safely held by the United States of America until further
15 order of the Court.

16     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
17 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
18 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
19 the time under the applicable statute when a petition contesting the forfeiture must be filed, and
20 state the name and contact information for the government attorney to be served with the petition,
21 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

22     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
23 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

24     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
25 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
26 following address at the time of filing:

1  MICHAEL A. HUMPHREYS
   Assistant United States Attorney
2  DANIEL D. HOLLINGSWORTH
   Assistant United States Attorney
3  Lloyd D. George United States Courthouse
   333 Las Vegas Boulevard South, Suite 5000
4  Las Vegas, Nevada 89101.

5  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

6  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

7  following publication of notice of seizure and intent to administratively forfeit the above-described

8  property.

9  DATED this  11th  day of  September , 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, certify that the following individuals were served with a copy of the Preliminary Order of Forfeiture on September 10, 2012, by the below identified method of service:

CM/ECF

Rebecca A. Rosenstein
Federal Public Defender
411 E. Bonneville Avenue
Las Vegas, NV 89101
Rebecca_Rosenstein@fd.org
Counsel for Luis Felipe Urias-Cardenas

    /s/Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal